Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
__middle__ District of __Florida__

__Orlando__ Division

FILED
2021 AUG -3 PM 2: 20
MIDDLE DISTRICT COURT
ORLANDO DISTRICT OF FLORIDA
FLORIDA

Roland PELLETIER and on behalf
of similar cost Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

State of Florida, Judge Gargazola
                    Silverman
Public Defenders office
States attorney office
Melbourne Police Department

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. __TBD__
(to be filled in by the Clerk's Office)

6:21-cv1250 - GKS-LRH

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Roland Pelletier
All other names by which you have been known:
ID Number: P-436-730-80-146-0    287407
Current Institution: Brevard County jail   860 Camp Road Sheriffs 32827
Address: 1681 ~~[redacted]~~ Aurora Road
Melbourne  Fl  32935
City   State   Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Public Defenders office
Job or Title (if known): Attorneys for public/court appointed counsel
Shield Number: Bailey Herr / Dayna Riviera
Employer: State of Florida in the County of Brevard
Address: 2825 Judge Fran Jamison Way
Viera   Fl   32940
City   State   Zip Code
☒ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: States Attorney's office
Job or Title (if known): Prosecuting office
Shield Number: Mike Doyle / Linda Barnett
Employer: State of Florida in the County of Brevard
Address: 2825 Judge Fran Jamison Way
Viera   Fl   32940
City   State   Zip Code
☒ Individual capacity   ☒ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name: Judges/Courts of Brevard County Fl.
  Job or Title (if known): Benjamin Gergazola / David Silverman McKibban
  Shield Number:
  Employer: State of Florida in Brevard county
  Address: 2825 Judge Fran Jamieson way
  City: Viera   State: Fl   Zip Code: 32940
  [X] Individual capacity   [X] Official capacity

Defendant No. 4
  Name: Melbourne Police Department
  Job or Title (if known): Law enforcement
  Shield Number: Officer Harrison
  Employer: State of Florida Brevard county Fl
  Address: City of Melbourne
  City: Melbourne   State: Fl   Zip Code: 32935
  [X] Individual capacity   [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

US Const. Amendment #5   US 4th   ~~[illegible]~~   US #8   US #6   #14

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All Defendents has deprived me of life, liberty, as well as assisted in cruel and unusual punishments while not ensuring sufficient counsel

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

[x] Pretrial detainee

[ ] Civilly committed detainee

[ ] Immigration detainee

[ ] Convicted and sentenced state prisoner

[ ] Convicted and sentenced federal prisoner

[ ] Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. 2/16

Defendents =
(1) Insufficient counsel, 12/31 - 1/15 as well as dates before and after up to
(2) 12/31, 1/15 to Present, lack of sworn oaths, abuse of Constitution
(3) 12/31, 1/15 to Present, lack of sworn oaths, in abuse of Constitution
(1-3) All with Intentional disregard of the US const. with obvious bias.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
(4) acted in Bad faith and unproffessionalism outside of there sworn oath with excessive force, fabricated charges, discrimination with Intentional disregard to there sworn oath and disregard to the US Constitution inflicted cruel and unusual punishment. Depriving me of life, liberty 12/30/20

C. What date and approximate time did the events giving rise to your claim(s) occur?

12/30/20, 1/15/21  2/1/21

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Defendant 4 — I was arrested on gun charges off hearsay and assumptions violated Due Process with Reckless Investigation and excessive force and misuse of power acting in bad faith while disregarding public servants sworn oath to protect and serve the US and Fl statues.
Defendants 1-3 followed behind them violating Due process
Defendant 1 also violated US const 6 in sufficient counseling and providing proper defense #1-3 D.s regarded the Florida bar unconstitutionally detaining on fabricated trumpd charges and unreasonable bond as well as Defendant 3 and 2 Charging me with Fraudulent Charges previously dismissed. #4 - Public Servant abuse and misconduct

V. #2 Fraudulent testimony, Malicious Prosecution, equal Protection of the Law
Defendant # equal Protection of the law also Unreasonable Search, Miranda procedural violations

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Still ongoing TBD

Cruel and Unusual Punishment
Intentional tort acts
Mental anguish
Physical injuries to be determined

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Not intending for monetary more towards making a change in society as well as leaving it up to the courts.

TBD

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII.   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Both technically / I dont know how to unswer I m not a lawyer I csk / for the Courts to sppo.nt me one

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☒ No

☒ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Numerous via kios in jail and unable to obtain Due to cumbersome policy
   
   Mailed Grievances as well as a brief minimal on kiosk via BCJC also Requesting Internal affairs complaint Verbally to courts as well

2. What did you claim in your grievance? as mailed to defendant #4

   Above claim on page 4-5

3. What was the result, if any?

   No Relief / was told I could file upon my release

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Also waiting for Internal affairs response

   Sent appeals to Public Defenders office as well as Resigned Comsel to be forwarded to Clerk of courts. Also stated complaints to judges chambers and clerk Also sent appeal to 5th district. Also wrote the Florida BAR / orlando Currently waiting for Response from Governor of florida, also waiting for Florida Bar tellchessee to Respond

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

WAS Incarcerated with no access to law library 4-23-

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:



G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

   N/A

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _/ /2021_

Signature of Plaintiff: _Roland Pelletier_
Printed Name of Plaintiff: Roland Pelletier
Prison Identification #: 1181 Arrore RD. Melbourne Fl 32935
Prison Address: ~~800 Camp Road~~
Cocoa, FL 32927

### B. For Attorneys

Date of signing: 7/26/21

Signature of Attorney: —
Printed Name of Attorney: —
Bar Number: —
Name of Law Firm: —
Address: —
City / State / Zip Code: —
Telephone Number: —
E-mail Address: —