UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROLAND PELLETIER,

     Plaintiff,

v.                                                                          Case No.  6:21-cv-1250-GKS-LRH

PUBLIC DEFENDERS OFFICE,
STATE ATTORNEY OFFICE,
BENJAMIN GARAGOZLO, DAVID
SILVERMAN, KELLY MCKIBBEN
and MELBOURNE POLICE
DEPARTMENT,

     Defendants.

_____/

**ORDER**

THIS CAUSE is before the Court on review of the case file. On August 4, 2021, the Court mailed to Plaintiff a Notice of Related Action (Doc. 2). Although the notice was mailed to the most recent address on file for Plaintiff, the notice was returned undeliverable, marked "return to sender."

Plaintiff has an obligation to keep the Court apprised of his current mailing address, which he acknowledged when he signed his complaint. (Doc. 1 at 11). Accordingly, due to Plaintiff's lack of prosecution in this case, it is **ORDERED** that:

1. This case is **DISMISSED** without prejudice.

2.  The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on August _30_, 2021.

_____

**G. KENDALL SHARP**
**SENIOR UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Unrepresented Party
OrlP-4 8/27